**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | CRIMINAL NO: 4:19-cr-0136-S1 |
| v. | | **SEALED** |
| (01) VICTOR MIGUEL CURIEL VALADEZ | | |

### ORDER FOR ISSUANCE OF NOTICE

A _SUPERSEDING INDICTMENT_ has been filed against the defendant who is

☐ Released on Conditions   ☐ Detained   ☑ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant _May 14, 2021_

at _2:00 p.m._ .

SIGNED at Houston, Texas, on _May 5, 2021._

*Christine A Bryan*
UNITED STATES MAGISTRATE JUDGE